UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------- X
CRAIG M. WALKER, On Behalf of the 401k Plan,
Himself and All Others Similarly Situated,

                Plaintiff,

                - vs. -

MERRILL LYNCH & CO. INC., BANK OF AMERICA
CORPORATION,

                Defendants.
---------------------------------------------------------------------------- X

No. 1:15-cv-01959 (PGG)

## NOTICE OF DEFENDANTS' MOTION TO DISMISS
## OR, IN THE ALTERNATIVE, TO STRIKE CLASS ALLEGATIONS

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Declaration of Andrew W. Stern, Defendants Bank of America Corporation and Merrill Lynch & Co., Inc. will move this Court, before the Honorable Paul Gardephe, United States District Judge, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, at a time to be determined by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the claims against Defendants with prejudice, or, in the alternative, striking the class allegations pursuant to Federal Rule of Civil Procedure 23(d)(1)(D), and awarding any other appropriate relief.

Dated: New York, New York
       May 20, 2015

Respectfully submitted,

SIDLEY AUSTIN LLP

By: /s/ Andrew W. Stern
    Andrew W. Stern
    787 Seventh Avenue
    New York, New York 10019
    Tel: (212) 839-5300
    Fax: (212) 839-5599
    astern@sidley.com

        Anne E. Rea (*admitted pro hac vice*)
        Eric S. Mattson (*admitted pro hac vice*)
        One S. Dearborn Street
        Chicago, Illinois 60603
        Tel: (312) 853-7000
        Fax: (312) 853-7036
        area@sidley.com
        emattson@sidley.com

*Attorneys for Defendants Bank of America Corporation and Merrill Lynch & Co., Inc.*