# WALKER LAW LLP

CRAIG M. WALKER, ESQ.
PARTNER AND SPECIAL TRIAL COUNSEL
3196 HIGH RIDGE ROAD
STAMFORD, CT. 06903
PHONE: 917-880-7686

May 20, 2016

Hon. Paul G. Gardephe
United States District Court
Thurgood Marshal Courthouse
40 Foley Square
New York, N.Y. 10007

**Re: Craig M. Walker, On Behalf of the Clifford Chance US LLP 401k Plan, Himself and All Other Plans Similarly Situated, Plaintiffs, v. Merrill Lynch & Co., Inc. and Bank of America Corporation, Merrill Lynch Bank & Trust FSB, <u>Capital Strategies Investment Group,</u> Defendants  15 Civ. 1959 (PGG)**

Dear Judge Gardephe:

Enclosed is document 28 filed on May 17, 2016, a corrected Amended Complaint.

When I served the Amended Complaint filed on May 9, 2016 (Docu. 27), I was advised by CSIG that I had named the wrong investment adviser firm with that acronym.

The corrected Amended Complaint (Docu. 28) names the proper firm as a defendant Capital Strategies Investment Group in the caption, identifies that firm in paragraph 41 and to avoid confusion uses the reference "Cap. Strategies", in other paragraphs of the Amended Complaint, to refer to that defendant. In all other respects the May 17, 2016 is the same as the prior filing.

Accordingly, I respectfully request that the Court order that Document 28 filed on May 17, 2016 be the operative Amended Complaint in this action.

Respectfully yours,

Craig M. Walker

Craig M. Walker