UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X

| | |
|---|---|
| CRAIG M. WALKER, On Behalf of the Clifford Chance US LLP 401(k) Plan, and All Other Plans Similarly Situated,<br><br>Plaintiff,<br><br>- vs. -<br><br>MERRILL LYNCH & CO. INC., BANK OF AMERICA CORPORATION, MERRILL LYNCH BANK & TRUST FSB, CAPITAL STRATEGIES INVESTMENT GROUP<br><br>Defendants. | No. 1:15-cv-01959 (PGG) |

-------------------------------------------------------------------------- X

## NOTICE BY DEFENDANTS
## BANK OF AMERICA CORPORATION AND BANK OF AMERICA, N.A.
## OF THEIR MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT
## OR, IN THE ALTERNATIVE, TO STRIKE CLASS ALLEGATIONS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendants Bank of America Corporation and Bank of America, N.A. will move this Court, before the Honorable Paul Gardephe, United States District Judge, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, at a time to be determined by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the claims against Defendants with prejudice, or, in the alternative, striking the class allegations pursuant to Federal Rule of Civil Procedure 23(d)(1)(D), and awarding any other appropriate relief.

Dated: July 28, 2016

Respectfully submitted,

SIDLEY AUSTIN LLP

By: /s/ Andrew W. Stern
    Andrew W. Stern
    Cyrus E. Ansari
    787 Seventh Avenue
    New York, New York 10019

Tel: (212) 839-5300
Fax: (212) 839-5599
astern@sidley.com
cansari@sidley.com

Anne E. Rea (*admitted pro hac vice*)
Eric S. Mattson (*admitted pro hac vice*)
One S. Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
area@sidley.com
emattson@sidley.com

*Attorneys for Defendants Bank of America Corporation (successor by merger to Merrill Lynch & Co., Inc.) and Bank of America, N.A. (successor by merger to Merrill Lynch Bank & Trust Co., FSB)*